IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**JAMES PAYNE**                                                                                      **Plaintiff**

**VS.**                                                                           **NO.: 2:03CV369–P–A**

**FIRST NATIONAL BANK OF CLARKSDALE**
**GULF GUARANTY LIFE INSURANCE COMPANY**
**LEDBETTER AUTO SALES**
**JOE ALDERSON**                                                                                  **Defendants**

### JUDGMENT DISMISSING PARTY BY REASON OF BANKRUPTCY PENDING

The court has received notice of bankruptcy proceedings instituted by Ledbetter Auto Sales. Therefore, it is not necessary that the claims against the defendant Ledbetter Auto Sales remain upon the pending docket of this court.

**IT IS ORDERED** that the defendant Ledbetter Auto Sales is dismissed without prejudice, and the court retains complete jurisdiction to vacate this order and to reopen the action as against defendant Ledbetter Auto Sales, upon motion of any party advising that the bankruptcy proceedings have been closed and further litigation against this defendant in this court is necessary.

DATED this 8th day of DECEMBER, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE