IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

JAMES PAYNE                                                                                    PLAINTIFF

VERSUS                                                      CIVIL ACTION NO. 2:03CV369-P-A

FIRST NATIONAL BANK OF CLARKSDALE,
GULF GUARANTY LIFE INSURANCE COMPANY,
LEDBETTER AUTO SALES, JOE ALDERSON and
JOHN DOES 1-9                                                                              DEFENDANTS

## FINAL JUDGMENT

This cause came on for hearing on dispositive motions filed by the defendants [78], [81] and [82]. The Court, having considered the motions and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Memorandum Opinion entered this day, the Court finds that the defendants' motions are well-taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the motions for summary judgment [78], [81] and [82] are well-taken and should be, and hereby are, GRANTED. This cause is hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

SO ORDERED, this the 20th day of December, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE